**Audrea LAMBERT, Plaintiff–Appellant,**

v.

**BRIGGS & STRATTON CORPORA-TION, Defendant–Appellee.**

No. 06–11361
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

July 6, 2006.

Gerald M. Edenfield, Susan Warren Cox, Edenfield, Cox, Bruce & Classens, Statesboro, GA, for Plaintiff–Appellant.

Ronald D. Reemsnyder, Welch, Spell, et al., Atlanta, GA, for Defendant–Appellee.

Appeal from the United States District Court for the Southern District of Georgia. D.C. Docket No. 04–00016–CV–6.

Before MARCUS, WILSON and HILL, Circuit Judges.

PER CURIAM:

The appellant-plaintiff in the district court, appeals from judgment of that court, dismissing the case. We have carefully reviewed the briefs, the record and the two orders of the district judge considering the issue in this case, the proper application of a statute of the State of Georgia.

We conclude that the district judge properly interpreted the statute and, having done so, properly dismissed the claim. Therefore, the judgment of the district court is

AFFIRMED.